**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMUALDO BELTRAN, | Case No.: CV 08-4065 DSF (AJWx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| U.S. DEPARTMENT OF AGRICULTURE, | |
| Defendants. | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and Plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 3/9/09

_____
Dale S. Fischer
United States District Judge